IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMMODITAS GEORGIA, LLC<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NATHAN DEAL, Governor of the State of Georgia, in his official capacity; SAMEUL S. OLENS, Attorney General of the State of Georgia, in his official capacity,<br><br>　　　　Defendants | Case No.: 1:13-CV-02131-HLM |

## **STIPULATION OF DISMISSAL**

COMES NOW Plaintiff COMMODITAS GEORGIA, LLC, with the express consent and permission of Defendants, and hereby stipulates that this action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1), with the Parties to bear their own costs.

1

Respectfully submitted, this 20 August 2013.

**/s Kelly R. Burke**
Ga. Bar No. 095613
Burke Lasseter LLC
2006 Karl Drive, Suite 100
Warner Robins, GA 31088
Ofc. 478-287-6969
Fax 888-933-9336
E-mail: kelly@burkelasseterllc.com

**/s Charles E. Cox, Jr.**
**Charles E. Cox, Jr., LLC**
Ga. Bar No. 192305
**Attorney for Plaintiff**
Post Office Box 67
Macon, Georgia 31202-0067
Telephone: (478) 757-2990
Facsimile: (478) 757-2991
E-mail: charles@cecoxjr.com

Consented to by:

Attorneys for Defendant:

SAMUEL S. OLENS          551540
Attorney General

/s/ Devon Orland
DEVON ORLAND
Georgia Bar No. 554301
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 463-8850
Facsimile: (404) 651-5304
Dorland@law.ga.gov

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

    Counsel certifies that the foregoing has been prepared using Times New Roman font size 14, in accordance with Local rule 5.1(c).

                              **/s Charles E. Cox, Jr.**
                              Georgia Bar No.: 192305
                              **Charles E. Cox, Jr., LLC**
                              **Attorney for Defendant**
                              Post Office Box 67
                              Macon, Georgia 31202-0067
                              Telephone: (478)757-2990
                              Facsimile: (478)757-2991
                              E-mail: charles@cecoxjr.com

# CERTIFICATE OF SERVICE

On 20 August 2013, I electronically filed the foregoing STIPULATION OF DISMISSAL with the Office of the Clerk, using the CM/ECF system. Notification of this filing will be served electronically by the Clerk on all counsel of record.

    Respectfully submitted,
    */s/ Charles E. Cox, Jr.*
    Ga. Bar No. 192305
    COUNSEL FOR DEFENDANTS

CHARLES E. COX, JR., LLC
Attorney at Law
P.O. Box 67
3464 Vineville Avenue
Macon, Georgia 31202-0067
(478) 757-2990 phone
(478) 757-2991 facsimile
charles@cecoxjr.com